UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE FIRST DISTRICT

In re:	Chapter 7 Case No.19-11794
	Adversary Proceeding No. 19-01090

Nancy E. McGinn, Debtor

Walter J. Eno, Plaintiff

**RECEIVED**

**MAR 2 3 2020**

BY: U.S. COURT OF APPEALS

Appeal of Order Regarding Motion to Compel Rule 26(a) Disclosure

1. Pursuant to 28 U.S.C. § 158 (b) (1), (5) and F.R.B.P. 8002 (a) the Plaintiff herewith appeals the March 10, 2020, order of Bankruptcy Court Judge Melvin S. Hoffman that Plaintiff deliver to counsel for the Defendant a document entitled Plaintiff's Rule 26(a) Disclosures, as specified therein.

2. The Plaintiff prays reconsideration of the above order by reason that the order is in opposition to Massachusetts case law precedents, and places an unreasonable and unattainable burden on the Plaintiff.

Respectfully submitted,

*Walter J. Eno*

Dated March 17, 2020

Walter J. Eno, pro se
1588 Guilberry Pl.
The Villages, Fl. 32163
207 632 5055  email wje1924@icloud.com

Certificate of Service: a copy of the above correspondence was served on Bankruptcy Judge Melvin S. Hoffman, U.S. Bankruptcy Court, J.W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, Ma. 02109-3945, by first class mail on March 17, 2020.

UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE FIRST DISTRICT

In re:                                                   Chapter 7 Case No. 19-11794
                                                         Adversary Proceeding No. 19-01090

Nancy E. McGinn, Debtor

Walter J. Eno, Plaintiff


Appeal of Order Regarding Motion to Compel Rule 26(a) Disclosure

1. Pursuant to 28 U.S.C. § 158 (b) (1), (5) and F.R.B.P. 8002 (a) the Plaintiff herewith appeals the March 10, 2020, order of Bankruptcy Court Judge Melvin S. Hoffman that Plaintiff deliver to counsel for the Defendant a document entitled Plaintiff's Rule 26(a) Disclosures, as specified therein.

2. The Plaintiff prays reconsideration of the above order by reason that the order is in opposition to Massachusetts case law precedents, and places an unreasonable and unattainable burden on the Plaintiff.


                                                Respectfully submitted,

                                                *[signature: Walter J. Eno]*

Dated March 17, 2020                            Walter J. Eno, pro se
                                                1588 Gullberry Pl.
                                                The Villages, Fl. 32163
                                                207 632 5055   email wje1924@icloud.com


Certificate of Service: a copy of the above correspondence was served on Bankruptcy Judge Melvin S. Hoffman, U.S. Bankruptcy Court, J.W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, Ma. 02109-3945, by first class mail on March 17, 2020.

WALTER J. ENO
1588 GULLBERRY PL.
THE VILLAGES, FL 32163-2610



ORLANDO FL 328
17 MAR 2020 PM 6 L

USMS SCREENED

U.S. BANKRUPTCY PANEL FOR THE FIRST CIRCUIT
JOHN JOSEPH MOAKLEY U.S. COURT HOUSE
1 COURTHOUSE WAY
BOSTON, MA 02210

U.S. BANKRUPTCY
2020 MAR 24  A 11:20

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | Chapter Ch.7 |
| | ) | Case No. |
| NANCY ELLEN MCGINN | ) | 19-11794-MSH-MSH |
| Debtor | ) | |
| | ) | |
| WALTER J ENO AND WALTER J. ENO | ) | |
| Plaintiff(s) | ) | Adversary Proceeding |
| | ) | No. 19-01090-MSH |
| v. | ) | |
| NANCY ELLEN MCGINN | ) | |
| Defendant | ) | |

**Order Regarding Motion to Compel Rule 26(a) Disclosures**

The motion is GRANTED. No later than March 31, 2020, plaintiff shall deliver to counsel for defendant a document entitled Plaintiff's Rule 26(a) Disclosures which shall include or be accompanied by the following:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

2. A copy - or description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or

1

control and may use to support its claims or defenses, unless the use would be solely for impeachment.

Upon receipt of plaintiff's Rule 26(a) Disclosures, defendant's counsel shall promptly arrange a conference with plaintiff **either in person or by telephone** to agree upon a discovery plan and deadlines for filing dispositive motions and a joint pretrial memorandum. Within fourteen (14) days of completion of such conference counsel for defendant shall file a certification thereof along with a motion to establish the agreed upon deadlines.

Should plaintiff fail to comply with this order in any respect, defendant may file an affidavit of non-compliance along with a motion to dismiss this proceeding.

Dated: March 10, 2020                                                                                       By the Court,

_(signed) Melvin S. Hoffman    03/10/2020_

Melvin S. Hoffman
U.S. Bankruptcy Judge