

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> NANCY ELLEN MCGINN, <br>     Debtor <br><br> --- <br><br> WALTER J ENO and WALTER J. ENO, <br>     Plaintiffs, <br><br> v. <br><br> NANCY ELLEN MCGINN, <br>     Defendant | Ch. 7 <br> 19-11794-FJB <br><br><br> Adversary Proceeding <br> 19-01090-FJB |

### Order

**MATTER:**

#136 Motion to Impeach Testimony of Defendant Nancy E. McGinn filed by Plaintiff Walter J. Eno (Re: 5 Answer to Complaint). (nc)

The motion filed by Plaintiff Walter J. Eno does not request relief of a kind that the Court has the authority to provide and, to the extent that any relief requested is within the Court's authority to provide, good cause has not been shown for granting such relief, and thus the motion is denied. Defendant Nancy E. McGinn need not file a response.

Dated: 7/16/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge