**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
(Boston)

| | |
|---|---|
| **In the Matter of:**<br><br>**NANCY ELLEN MCGINN,**<br>     Debtor.<br><br>---<br><br>**WALTER J. ENO,**<br>     Plaintiff,<br><br>v.<br><br>**NANCY E. MCGINN,**<br>     Defendant. | Chapter 7<br>Case No. 19-11794 MSH<br><br><br><br><br>Adversary Proceeding No.: 19-01090 MSH |

## JOINT STATEMENT REGARDING PLAINTIFF'S TRIAL PARTICIPATION

Plaintiff Walter J. Eno ("Plaintiff") and Defendant Nancy E. McGinn ("Defendant" and together with Plaintiff, the "Parties"), by and through their attorneys, hereby file the foregoing statement concerning the Parties' agreed upon plan for Plaintiff's participation in the upcoming trial on September 22, 2021 (the "Trial"):

The Parties agree that Plaintiff shall participate in the Trial via zoom from his own home. Defendant shall have opportunity to cross examine Plaintiff, and Plaintiff reserves the right to engage in redirect examination.

All other witnesses shall participate in the Trial in person in the courtroom unless otherwise directed by the Court.

4843-6046-0282, v.3

Respectfully submitted,

WALTER J. ENO,

By his Attorney,

September 8, 2021  /s/ Nathaniel R.B. Koslof
Nathaniel R.B. Koslof (BBO No. 691094)
nkoslof@sullivanlaw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
Tel.: (617) 338-2800
Fax: 617-338-2880

and

NANCY E. MCGINN,

By her Attorney,

September 8, 2021  /s/ Jennifer D. Joakim
Jennifer D. Joakim BBO #645113
atyjdj@aol.com
71 Route 6A Suite 3
P.O. Box 148
Sandwich, MA 02563
(402) 784-2202

2

4843-6046-0282, v.3

**CERTIFICATE OF SERVICE**

    I, Nathaniel R.B. Koslof, certify that on September 8, 2021, this document was served on counsel for the Defendant by electronic mail.

                              /s/ Nathaniel R.B. Koslof
                              Nathaniel R.B. Koslof